UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Toms v. State Farm Life Insurance Company
8:21-cv-00736-KKM-JSS

| **Date**: October 3, 2022 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: N/A |
| **Time**: 11:46 AM – 12:02 PM \| Total: 16 Mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Lindsay Perkins, Pl. | Jeremy Root, Def. |

| **Status Hearing (Zoom)** |
|---|
| All parties present and consent to Zoom status hearing. |
| Matter is before the Court on joint oral request for a status conference. Court hears status by parties via zoom. |
| Court hears argument by counsel. |
| Court takes issue under advisement. |
| Court in recess. |