UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID TOMS,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.                                                Case No. 8:21-cv-736-KKM-JSS

STATE FARM LIFE INSURANCE COMPANY,

    Defendant.
_____

## ORDER

Plaintiff notified the Court that the parties have settled this case and seek a stay or dismissal order under Local Rule 3.09(b). (Doc. 140.) Accordingly, the Court orders that this case is **dismissed without prejudice**. *See* Local Rule 3.09(b). The parties may submit a stipulated judgment or move to reopen the action no later than **May 1, 2023**. *See id.*; FED. R. CIV. P. 60(b). After that date, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on November 28, 2022.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge