UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID TOMS,

    Plaintiff,

v.                                                           Case No: 8:21-cv-736-KKM-JSS

STATE FARM LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

Defendant moves to extend the sealing of documents containing its confidential information that were previously sealed by the court's July 26, 2022 order (Dkt. 117). (Motion, Dkt. 144.) Specifically, Defendant moves to extend the seal for 90 days after the dismissal of this action with prejudice pursuant to the court's November 28, 2022 order (Dkt. 141) or another order of the court. (*Id.* at 4.) Plaintiff does not oppose the Motion. (*Id.*)

Upon consideration, Defendant's Motion (Dkt. 144) is granted. The court continues to find good cause to seal the requested documents as explained in its prior order. *See* (Dkt. 117.) The documents shall remain under seal for 90 days after this action has been dismissed with prejudice pursuant to the court's November 28, 2022 order (Dkt. 141) or another order of the court. At that time, Defendant may move the

- 2 -

court to release the documents so that further sealing will not be required. *See* (Dkt. 144 at 3.)

      **ORDERED** in Tampa, Florida, on February 21, 2023.

                                          JULIE S. SNEED  
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:  
Counsel of Record