## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| DAVID TOMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 8:21-cv-00736-KKM-JSS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23(e), the Parties to the above-captioned action stipulate and agree to dismiss this case with prejudice. Consistent with the Parties' filings on November 22, 2022 (Dkt. 140) and April 26, 2023 (Dkt. 146), the settlement approval process in the Western District of Missouri in *Rogowski v. State Farm Life Insurance Co.*, No. 4:22-cv-00203-RK (W.D. Mo.) encompassing the claims in this case is now completed. On April 4, 2023, the *Rogowski* court held a final settlement approval hearing. On April 18, 2023, that court entered an order finally approving the settlement, and on April 21, 2023, the court entered final judgment. The deadline for any notice of appeal was May 23, 2023, and no notice of appeal was filed. The Parties therefore stipulate that this case is voluntarily dismissed with prejudice. Each party will bear its own costs and expenses, except as provided in any agreement between them.

| | |
|---|---|
| Dated: May 23, 2023 | Respectfully submitted, |

Norman E. Siegel, MO # 37682
(admitted pro hac vice)
Lindsay Todd Perkins, MO # 60004
(admitted pro hac vice)
Ethan Lange, MO # 67857
(admitted pro hac vice)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email: siegel@stuevesiegel.com
Email: perkins@stuevesiegel.com
Email: lange@stuevesiegel.com

/s/ *John A. Yanchunis*
JOHN A. YANCHUNIS (FBN 324681)
jyanchunis@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 275-5272
Facsimile: (813) 275-9295

John J. Schirger, MO # 60583
(admitted pro hac vice)
Matthew W. Lytle, MO #59145
(admitted pro hac vice)
Joseph M. Feierabend, MO #62563
(admitted pro hac vice)
MILLER SCHIRGER LLC
4520 Main Street, Suite 1570
Kansas City, MO 64111
Telephone: (816) 561-6500
Facsimile: (816) 561-6501
Email: jschirger@millerschirger.com
Email: mlytle@millerschirger.com
Email: jfeierabend@millerschirger.com

*Attorneys for Plaintiff*


/s/ *Johanna W. Clark*
Johanna W. Clark
FL Bar # 196400
**CARLTON FIELDS, P.A.**
200 South Orange Ave, Ste 1000
T: 407.244.8257
F: 407.648.9099
E: jclark@carltonfields.com
Cari. K. Dawson (admitted pro hac vice)
GA Bar #213490

Tiffany L. Powers (admitted pro hac vice)
GA Bar #586589

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
T: 404.881.7000
F: 404.881.7777
E: Cari.Dawson@alston.com
E: Tiffany.Powers@alson.com

*Attorneys for Defendant*
*State Farm Life Insurance Company*

3